by the People of the State of New York against Joseph Anzelotti.

PER CURIAM. The parties hereto having stipulated in open court that a justice may be substituted in place of BURR, J., deceased, Mr. Justice PUTNAM was so substituted. Judgment of conviction of the County Court of Kings County affirmed. See, also, 151 N. Y. Supp. 1135.

PEOPLE, Respondent, v. BERTLINI, Appellant. (Supreme Court, Appellate Division, Second Department. June 4, 1915.) Proceeding by the People of the State of New York against William Bertlini. No opinion. Motion denied.

PEOPLE, Respondent, v. BERTUGLIA, Appellant. (Supreme Court, Appellate Division, Second Department. May 25, 1915.) Proceeding by the People of the State of New York against Giovanni Bertuglia.

PER CURIAM. The parties hereto having stipulated in open court that this case may be disposed of by a court of four, the decision is as follows: Judgment of conviction of the County Court of Queens County reversed, on the ground that the verdict is clearly against the weight of evidence, and defendant discharged.

PEOPLE v. BOITANO. (Supreme Court, Appellate Division, First Department. June 11, 1915.) Proceeding by the People of the State of New York against Paul Boitano. No opinion. Motion to dismiss appeal granted, unless appellant comply with terms stated in order. Order filed.

PEOPLE v. BRADLEY. (Supreme Court, Appellate Division, First Department. May 28, 1915.) Proceeding by the People of the State of New York against John P. Bradley. No opinion. Motion granted. Order filed.

PEOPLE v. COOK. (Supreme Court, Appellate Division, First Department. June 11, 1915.) Proceeding by the People of the State of New York against Joseph Cook. No opinion. Motion to dismiss appeal granted. Order filed.

PEOPLE v. CULLY. (Supreme Court, Appellate Division, First Department. April 30, 1915.) Proceeding by the People of the State of New York against Thomas Cully. No opinion. Motion to dismiss appeal granted. Order filed. See, also, 153 N. Y. Supp. 125.

PEOPLE, Respondent, v. CURTIS, Appellant. (Supreme Court, Appellate Division, Fourth Department. April 28, 1915.) Proceeding by the People of the State of New York against Raymond J. Curtis. No opinion. Order overruling demurrer affirmed. Judgment of conviction affirmed.

PEOPLE v. DE VILLERS. (Supreme Court, Appellate Division, First Department. June 11, 1915.) Proceeding by the People of the State of New York against Ives De Villers. No opinion. Motion to dismiss appeal granted, unless appellant comply with terms stated in order. Order filed.

PEOPLE, Respondents, v. DIEMER, Appellant. (Supreme Court, Appellate Division, Second Department. June 4, 1915.) Proceeding by the People of the State of New York against John Diemer. No opinion. Judgment and order of the County Court of Kings County affirmed, with costs.

PEOPLE, Respondent, v. DREE et al., Appellants. (Supreme Court, Appellate Division, Fourth Department. April 28, 1915.) Proceeding by the People of the State of New York against George Dree and another. No opinion. Appeal dismissed upon stipulation filed.

PEOPLE, Respondent, v. EDELSTEIN, Appellant. (Supreme Court, Appellate Division, Second Department. June 17, 1915.) Proceeding by the People of the State of New York against Hyman Edelstein. No opinion. Judgment of conviction of the County Court of Kings County affirmed.

PEOPLE v. GABRIEL et al. (Supreme Court, Appellate Division, First Department. May 14, 1915.) Proceeding by the People of the State of New York against Abraham Gabriel, impleaded with others. No opinion. Motion to dismiss appeal granted, unless appellant comply with terms stated in order. Order filed.

PEOPLE, Respondent, v. GIBSON, Appellant. (Supreme Court, Appellate Division, First Department. June 18, 1915.) Proceeding by the People of the State of New York against Burton W. Gibson. C. Goldzier, of New York City, for appellant. R. C. Taylor, of New York City, for the People. No opinion. Judgment affirmed. Order filed. See, also, 164 App. Div. 949, 149 N. Y. Supp. 1084.

PEOPLE, Respondent, v. GILMORE, Appellant. (Supreme Court, Appellate Division, Fourth Department. April 28, 1915.) Proceeding by the People of the State of New York against Thomas Gilmore. No opinion. Appeal dismissed upon stipulation filed.

PEOPLE, Respondent, v. GOODMAN, Appellant. (Supreme Court, Appellate Division, First Department. May 21, 1915.) Proceeding by the People of the State of New York against Nathan Goodman. M. Sulzberger, of New York City, for appellant. S. L. Richter, of New York City, for respondent. No opinion. Judgment affirmed. Order filed.